GARY M. RESTAINO
United States Attorney
District of Arizona
LIZA M. GRANOFF
Assistant U. S. Attorney
Florida Bar No.: 0159433
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: liza.granoff@usdoj.gov
Attorneys for Plaintiff

☒ FILED  ☐ LODGED

**Dec 6 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>  vs.<br><br>Baron Martin,<br><br>          Defendant. | 24-11950MJ<br><br>MOTION TO SEAL CASE<br><br>(UNDER SEAL) |

The United States of America, by and through its undersigned attorneys, moves this Court for an order sealing this case until further order of the Court because the defendant is a fugitive.

Respectfully submitted this 6th day of December 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Liza M. Granoff*

LIZA M. GRANOFF
Assistant U.S. Attorney

cc: AUSA