# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 24-MJ-11950-BGM |
| Plaintiff, | |
| vs. | ORDER |
| Baron Martin, | |
| Defendant. | |

On motion of the United States of America,

IT IS ORDERED that the Clerk shall unseal this case.

Dated: _____

                                                              Hon. Bruce G. Macdonald
                                                              United States Magistrate Judge