GARY M. RESTAINO
United States Attorney
District of Arizona
LIZA M. GRANOFF
Assistant United States Attorney
Florida Bar No.: 0159433
CARIN C. DURYEE
Assistant United States Attorney
California Bar 154476
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: liza.granoff@usdoj.gov
Email: carin.duryee@usdoj.gov
Attorneys for Plaintiff

CR25-00190 TUC-AMM(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Baron Martin,<br>　aka "Convict,"<br><br>　　　　Defendant. | **INDICTMENT**<br><br>Violations:<br><br>18 U.S.C. § 2251(a) and (e)<br>(Sexual Exploitation of a Child for the Purpose of Producing a Sexually Explicit Visual Depiction)<br>Counts 1-2<br><br>18 U.S.C. § 2261A(2) and 2261B(a)<br>(Cyberstalking)<br>Count 3 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about September 26, 2022, in Tucson, within the District of Arizona, and elsewhere, the defendant BARON MARTIN, aka "Convict," knowingly employed, used, persuaded, induced, enticed, and coerced a minor child, to wit: Minor Victim 1, then a 13-year-old minor girl, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, and was actually transported

in interstate and foreign commerce, that is by computer, and which visual depictions include, but are not limited to:

1020399525388619806_1024401057767510096_1024401057159327764_cm-chat-media-video-1ebba7c75-2408-5a50-81f6-0680e13795d5676900.mov,

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2

On or about September 10, 2022, in Tucson, within the District of Arizona, and elsewhere, the defendant BARON MARTIN, aka "Convict," knowingly employed, used, persuaded, induced, enticed, and coerced a minor child, to wit: Minor Victim 2, then a 16-year-old minor girl, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, and was actually transported in interstate and foreign commerce, that is by computer, and which visual depictions include, but are not limited to:

1018277660176175165_1018281812428071054_1018281810288988291_RPReplay_Final1662847444.mov;

1018277660176175165_1018281812428071054_1018281811064918147_RPReplay_Final1662847444.mov; and

1018277660176175165_1018281812428071054_1018281812130283630_RPReplay_Final1662847444.mov,

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 3

From on or about September 16, 2022 to October 11, 2022, in Tucson, within the District of Arizona, and elsewhere, the defendant BARON MARTIN, aka "Convict," having reached the age of 18, with the intent to kill, injure, harass, and intimidate another person, used the mail, any interactive computer service and electronic communication

service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that placed that person in reasonable fear of death or of serious bodily injury and caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to a person, that is: on and between September 16, 2022 and October 11, 2022, MARTIN engaged in a course of conduct wherein he used the internet to send messages to and about Minor Victim 3, a child 13 years of age residing outside the state of Arizona, which placed Minor Victim 3 in reasonable fear that death or seriously bodily injury would result to Minor Victim 3's immediate family member and which caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Minor Victim 3,

All in violation of Title 18, United States Code, Sections 2261A(2) and 2261B(a).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: January 8, 2025

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

LIZA M. GRANOFF
CARIN C. DURYEE
Assistant U.S. Attorneys

*United States of America v. Baron Martin*
*Indictment Page 3 of 3*