JON M. SANDS
Federal Public Defender
**WALTER I. GONÇALVES, JR.**
Assistant Federal Public Defender
State Bar No. 023659
407 W. Congress St., Suite 501
Tucson, AZ 85701
Telephone: (520) 879-7500
*walter_goncalves@fd.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Baron Cain Martin,<br><br>　　　　Defendant. | CR-25-00190-TUC-AMM (BGM)<br><br>**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA AND ACKNOWLEDGMENT OF TRIAL DATE AND PLEA DEADLINE** |

The Defendant and Defendant's attorney acknowledge and agree that:

(1)　Defendant's attorney has provided the Defendant a copy of the Indictment;

(2)　Defendant's attorney has explained to the Defendant the nature and substance of the charge(s), the maximum penalties applicable to the charge(s), and Defendant's constitutional rights;

(3)　Defendant understands there is a right to appear personally at the Arraignment to be advised of the charge(s). Defendant also understands that the execution of this Waiver results in a waiver of the right to appear at the Arraignment;

(4)　Defendant's attorney is authorized to appear at the Arraignment on behalf of the Defendant. Defendant's attorney shall enter a plea of "Not Guilty" at the Arraignment on Defendant's behalf.

1

1   Defendant, having conferred with the attorney of record, waives personal
2   appearance and the reading of the Indictment at Arraignment in this case. Defendant
3   authorizes the entry of a "Not Guilty" plea on behalf of Defendant.
4   Defendant further waives personal notice of the date of trial and acknowledges that
5   the Trial will be on March 11, 2025, at 9:30 a.m. with a Plea Deadline of February 21, 2025
6   by 3:00 p.m. before the paired Magistrate Judge. Defendant understands that the Court's
7   entry of a plea of "Not Guilty" will conclude the Arraignment in this case.

Defendant's TRUE NAME is: Baron Cain Martin
_____
(Print True Name)

DATE: _____    _____
                          Defendant

Witnessed By:

DATE: _____    _____
                          Attorney for Defendant

**INDICATE DEFENDANT'S LANGUAGE**:

☒   ENGLISH

☐   SPANISH

☐   OTHER _____

**Waiver of Personal Appearance at Arraignment**
**And Entry of "Not Guilty" Plea**
**Page 2**

2