# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Baron Cain Martin,<br><br>　　　　　Defendant. | No.　　　CR-25-00190-001-TUC-AMM (BGM)<br><br>**ORDER** |

Pending before the Court is the Government's Memorandum in Support of Request to Redact Witness's Personal Information from Public Record. (Doc. 31.) The Government seeks to seal Defendant's filings that contain the name, place of education, and place of employment of a witness and that witness's mother due to specific safety concerns. (*Id.*) Defendant opposes the request because he argues "these witnesses are not minors and are presumably not connected to the social media platforms where CVLT and 764 operate" making any risk of danger speculative and conclusory. (Doc. 33.)

Having considered the Government's oral and written motion, the allegations in the Complaint and Indictment, and Defendant's arguments against sealing, the Court finds that good cause exists to seal Defendant's filings containing the above-described personal information. *Kamakana v. City & Cnty. of Honolulu*, 446 F.3d 1172, 1178, 1180 (9th Cir. 2006); *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002).

///

///

Accordingly,

**IT IS ORDERED** that the Government's Memorandum in Support of Request to Redact Witness's Personal Information from Public Record is **GRANTED**. (Doc. 31.)

**IT IS FURTHER ORDERED** the Clerk of Court **SHALL SEAL** the filings at Doc. 24 and Doc. 29.

Dated this 11th day of February, 2025.

Honorable Angela M. Martinez
United States District Judge