JON M. SANDS
Federal Public Defender
WALTER I. GONÇALVES, JR. #023659
Assistant Federal Public Defender
407 W. Congress St., Suite 501
Tucson, Arizona 85701
(520) 879-7500
walter_goncalves@fd.org
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Baron Martin,<br><br>    Defendant. | No. 25-CR-00190-TUC-AMM(BGM)<br><br>**Motion to Permit Use of Computer to View Disclosure** |

It is expected that excludable delay under Title 18 U.S.C. § 3161(h)(1)(F) will occur because of this motion or an order base thereon.

The defendant, Baron Martin, through his attorneys, hereby moves this Court for an order authorizing his access to a computer while housed at the Central Arizona Detention Center (CCA), under the following terms:

In accordance with United States Marshal and CCA policies, such order should specify:

1. That CCA will allow Mr. Martin to use the computer to review disclosure of documents and interviews in connection with his case captioned above;
2. CCA requires a factory reset computer completely empty of any material other than the operating system;
3. The computer must not have internet access, must be non-networked, and must not have any device that transmits or receives information wirelessly;
4. The computer must be password-protected and not connected to a printer;

5. The disclosure provided to defendant would be saved on a flash drive which also is password-protected and which must be returned to CCA Unit Staff for safekeeping when not in use by the defendant;

6. Defense counsel agree to the following with respect to the disclosure to be provided for review:

    a. Defense will not provide any disclosure which contains any images of minors in any form;

    b. Defense will not provide any disclosure containing pornography of any sort, including adult pornography;

    c. Defense will ensure that there is no PII of third parties in the disclosure provided;

    d. Defense counsel agrees to review all disclosure prior to providing it to defendant and to redact any remaining PII or other information which identifies any victims in the case prior to providing it to the defendant;

    e. Defense will not provide audio or video recordings of any witnesses or victims;

    f. Defense shall ensure no data beyond the government's disclosure, subject to the above limitations, is contained within the flash drive provided for the defendant to review; and

    g. The signature of defense counsel below is intended to bind all members of the defense team to the provisions above.

7. During his access to a computer to view disclosure, the defendant shall not share or allow others to view the contents of the disclosure, except with members of his defense team.

Assistant United States Attorneys, Liza Granoff and Carin Duryee, have been contacted about this motion and do not object.

Respectfully submitted:         April 17, 2025.

JON M. SANDS
Federal Public Defender

_s/Walter I. Gonçalves, Jr._
WALTER I. GONÇALVES, JR.
Assistant Federal Public Defender