JON M. SANDS
Federal Public Defender
WALTER I. GONÇALVES, JR.
Arizona Bar No. 023659
LEO MASURSKY
Arizona Bar No. 018492
Assistant Federal Public Defenders
407 W. Congress St., Suite 501
Tucson, Arizona 85701
(520) 879-7500   voice
walter_goncalves@fd.org
leo_masursky@fd.org
*Attorneys for Baron Martin*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. 4:25-cr-00190-AMM-BGM |
| Plaintiff, | **Joint Report on Discovery and Disclosure** |
| vs. | |
| Baron Cain Martin, | |
| Defendant. | |

In compliance with Local Rule of Criminal Procedure 16.2(b) and the Court's Order, ECF No. 62, the parties conferred in good faith and submit the following report on discovery and disclosure issues.

1. As of this filing, the government disclosed 1297 pages of discovery and indicated that Baron Martin's defense team should expect ten gigabytes of additional materials.

2. The government cannot disclose images and videos containing child sexual abuse material (CSAM). 18 U.S.C. § 3509(m)(2)(A). Therefore, the government is planning for members of Martin's defense team to view this evidence at the FBI office in Tucson, during the second week of January, 2026.

3. After the second week of January, 2026, the undersigned will contact the prosecutors to arrange dates and times to examine more evidence the government cannot disclose under 18 U.S.C. § 3509(m)(2)(A).

4. The parties agree that although other materials in evidence do not contain CSAM, the difficulty of extracting CSAM from digital media renders disclosure difficult. The government has agreed to allow members of Martin's defense team to visit the FBI office to view this evidence with sufficient notice. The government has agreed to this arrangement to comply with disclosure obligations under Rule 16(a) of the Federal Rule of Criminal Procedure (FRCP) and 18 U.S.C. § 3509(m)(2)(A).

5. Martin's defense team will follow its disclosure obligations under FRCP 16(b).

6. Presently, there are no disclosure disputes to report to the Court.

Respectfully submitted:                    December 16, 2025.

JON M. SANDS
Federal Public Defender

s/Walter I. Gonçalves, Jr.
WALTER I. GONÇALVES, JR.
Assistant Federal Public Defender
*Attorney for Baron Martin*

s/Leo Masursky
LEO MASURSKY
Assistant Federal Public Defender
*Attorney for Baron Martin*

2